# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reliance Hospitality LLC, | No. CV-22-00149-TUC-JAS (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| 5251 S Julian Drive LLC, et al., | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Aguilera that recommends denying Plaintiff's motion for summary judgment. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record, including Plaintiff's motion for summary judgment (Doc. 92), the accompanying statement of facts (Doc. 93), Defendant's response (Doc. 105), the response's statement of facts (Doc. 106), and Plaintiff's reply (Doc. 114). The Court concludes that Magistrate Judge Aguilera's recommendations are not clearly erroneous. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

///

///

Accordingly, **IT IS HEREBY ORDERED** as follows:

(1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 116) is **accepted and adopted**.

(2) Plaintiff's motion for summary judgment (Doc. 92) is **denied**.

(3) This case will be referred back to Judge Aguilera after this Court resolves the remaining R&R (Doc. 115).

Dated this 29th day of March, 2024.

Honorable James A. Soto
United States District Judge

- 2 -