J. Henk Taylor (016321)
**WARNER ANGLE HALLAM**
  **JACKSON & FORMANEK PLC**
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Tel.: (602) 264-7101
Fax: (602) 234-0419
Email: htaylor@warnerangle.com

Joshua Wurtzel (*admitted pro hac vice*)
Jessica Caterina (*admitted pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway, 19th Floor
New York, New York 10004
Tel.: (212) 344-5400
Fax: (212) 344-7677
Email: jwurtzel@schlamstone.com
Email: jcaterina@schlamstone.com

*Attorneys for Defendant and Counterclaim-Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Reliance Hospitality LLC, d/b/a Reliance Hotel Group, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>5251 S. Julian Drive, LLC, d/b/a Stay Tucson Inn and Suites,<br><br>    Defendant.<br><br>5251 S. Julian Drive, LLC, d/b/a Stay Tucson Inn and Suites; et al.,<br><br>    Counterclaim-Plaintiffs,<br><br>  v.<br><br>Reliance Hospitality LLC, d/b/a Reliance Hotel Group,<br><br>    Counterclaim-Defendant. | No. CV-22-00149-TUC-JAS-MSA<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT/COUNTERCLAIM-PLAINTIFF  5251 S. JULIAN DRIVE, LLC, d/b/a STAY TUCSON INN AND SUITES WITHOUT CONSENT**<br><br>(Assigned to the Honorable James A. Soto)<br><br>(Referred to the Honorable Maria S. Aguilera, Magistrate Judge) |

Pursuant to L. R. Civ. 83.3(b)(2), the law firm of Schlam Stone & Dolan LLP ("SS&D"), counsel for Defendant/Counterclaim-Plaintiff, 5251 S. Julian Drive LLC, d/b/a Stay Tucson Inn and Suites ("5251 S. Julian"), and the law firm of Warner Angle Hallam Jackson & Formanek PLC (Warner Angle"), local counsel for 5151 S. Julian, hereby move this court for an Order permitting their withdrawal as attorneys of record for 5251 S. Julian. This Motion is supported by the Certificate of Counsel referenced herein.

A client's failure to pay legal fees constitutes grounds to withdraw. *See Shimko & Piscitelli v. Woodcock*, No. 2:05–cv–01387, 2007 WL 865402, at *3 (D. Ariz. March 20, 2007) (granting attorney's motion to withdraw as counsel for defendants on the grounds that "[d]efendants have been unable to pay legal fees for the last several months and are unable to pay for further legal representation.").

Here, 5251 S. Julian owes SS&D a total of $176,640.43 in fees and disbursements, which, despite SS&D's repeated demands, 5251 S. Julian has failed to pay. And 5251 S. Julian similarly owes Warner Angle a total of $5,673.50 in fees and disbursements, which 5251 S. Julian has similarly failed to pay to Warner Angle. 5251 S. Julian has not made a payment to SS&D since January 2024, and has not made a payment to Warner Angle since November 14, 2023.

While we would have made this motion long ago, we agreed with 5251 S. Julian's principals that we would hold off making this motion until after all pending motions— both the summary judgment motion in this action and the motion to dismiss in the related action captioned *Reliance Hospitality LLC v. 2930 Waterfront, et al.* (23-CV-00229) (the "Related Case")—were resolved, as 5251 S. Julian's principals stated that, after resolution

of these motions, the case would be settled one way or another. Indeed, whether summary judgment was granted in favor of Reliance was obviously critical to any potential settlement discussions in this action. And the motion to dismiss in the Related Case—which stems from alleged breaches of substantively identical hotel management agreements with Reliance (which were initially part of this action until this Court dismissed these claims on January 12, 2023 as being misjoined (Dkt. 56)—related to defendants' counterclaim that Reliance was liable to it for potentially millions of dollars in Employee Retention Credits, and was thus also critical to any potential settlement discussions.

On September 27, 2024, the Court in this action adopted the Report and Recommendation issued by United States Magistrate Judge Aguilera, granting in part and denying in part Plaintiff's Motion for Summary Judgment. (Dkt. 120). This came a week after the Court in the Related Case issued its Order granting Reliance's Motion to Dismiss Defendants' Counterclaim for Breach of the Hotel Management Agreements ("HMAs") between Reliance and 5251 S. Julian ( though the court previously allowed separate claims based on a similar theory to proceed).

Despite the resolution of these motions and our clients' representations to us that this action would likely be resolved after this resolution (which, as explained above, was the reason we did not move to be relieved as counsel a year ago), it does not appear that any settlement will be reached in this action. And given that a Joint Proposed Pretrial Order is due in this action on November 27, 2024 (Dkt. 122), and trial will likely be scheduled after that, we are forced to make this motion now. Nor can we continue in this

case with the significant balance that remains unpaid—despite repeated demands—and likely significant additional fees and disbursements to be incurred in the future.

While this action is beyond summary judgment, Reliance's motion for summary judgment was just recently finally resolved. Nor has a trial date been set. Thus, there will not be any unfair prejudice to any of the parties in this action as a result of our withdrawal.

We request that this Court stay this action for 30 days after resolution of this motion so that 5251 S. Julian can obtain new counsel. In addition, we also request that all deadlines in this action be stayed during the pendency of this motion, as SS&D would be substantially burdened if it had to prepare substantial pretrial submissions without being paid for its time.

On October 21, 2024, we informed 5251 S. Julian that we would be making this motion to withdraw, and also that we assert a retaining lien and charging lien.

Defendant/Counterclaim-Plaintiff's name, mailing address and email address are as follows:

> Yaacov Amar
> 5251 S. Julain Drive, LLC
> 5251 S Julian Dr, Tucson, AZ 85706
> Telephone: (520) 329-4817
> Email: yaacovamar@hotmail.com

### **CERTIFICATE OF COUNSEL**

Pursuant to L. R. Civ. P. 83.3(b)(2), I certify that I have advised the client, in writing, of the status of the case, including the dates and times of any outstanding court hearings or trial settings, compliance with any existing court orders, and the possibility of

sanctions. The Court is requested to enter the proposed form of Order allowing withdrawal of counsel for Defendant/Counterclaim Plaintiff 5251 S. Julian Drive, which is being lodged contemporaneously herewith.

**RESPECTFULLY SUBMITTED** November 5, 2024.

**SCHLAM STONE & DOLAN LLP**

By: /s/ Joshua Wurtzel
Joshua Wurtzel
Jessica Caterina
26 Broadway
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 34407677
Email: jwurtzel@schlamstone.com
Email: jcaterina@schlamstone.com

**WARNER ANGLE HALLAM JACKSON & FORMANEK PLC**

J. Henk Taylor (016321)
2555 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Tel.: (602) 264-7101
Fax: (602) 234-0419
Email: htaylor@warnerangle.com

*Attorneys for Defendant and Counterclaim-Plaintiffs*

-4-

1 | ORIGINAL e-filed via ECF
2 | and served via ECF and by email
  | this 5th day of November, 2024
3 | as follows:

4 | Lindsay G. Leavitt
  | RivaLee Ferland
5 | **GALLAGER & KENNEDY, P.A.**
  | 2575 East Camelback Road, Suite 1100
6 | Phoenix, Arizona 85016
  | Tel.: (602) 530-8000
7 | Email: lindsay.leavitt@gknet.com
  |            rivalee.ferland@gknet.com
8 |

9 | *Attorneys for Plaintiff and Counterclaim-*
  | *Defendant Reliance Hospitality LLC,*
  | *d/b/a Reliance Hotel Group*
10 |

11 |
  | /s/ *Lasya Androsiuk*
12 |        Lasya Androsiuk