IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reliance Hospitality LLC, | No. CV-22-00149-TUC-JAS (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| 5251 S Julian Drive LLC, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Aguilera that recommends (1) granting Plaintiff Reliance Hospitality LLC's Motion for Default Judgment (Doc. 137); (2) entering default judgment against Defendant 5251 S Julian Drive LLC in the amount of $217,585.53 ($122,328.22 in damages plus $95,257.31 in attorney's fees and costs); and (3) awarding Plaintiff post-judgment interest at the current rate. A review of the record reflects that Defendant has not filed any objections to the Report and Recommendation and the time to file objections has expired. Therefore, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Aguilera's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

///

///

Accordingly, **IT IS ORDERED**:

(1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 140) is **accepted and adopted**.

(2) Plaintiff's Motion for Default Judgment (Doc. 137) is **granted**. The Parties are directed to Magistrate Judge Aguilera's Report and Recommendation for a more detailed explanation.

(3) The Clerk of the Court shall **close the file in this matter and enter judgment accordingly.**

Dated this 23rd day of June, 2025.

Honorable James A. Soto
United States District Judge