# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reliance Hospitality LLC, | **NO. CV-22-00149-TUC-JAS (MSA)** |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| 5251 S Julian Drive LLC, et al., | |
| Defendants. | |

**Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court, judgment is entered in favor of Plaintiff and against Defendant 5251 S Julian Drive LLC in the amount of $217,585.53 ($122,328.22 in damages plus $95,257.31 in attorney's fees and costs); and (3) awarding Plaintiff post-judgment interest at the current rate.

Debra D. Lucas
District Court Executive/Clerk of Court

June 23, 2025

s/ C. Ortiz
By  Deputy Clerk